IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB BAREFIELD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Case No. 2:20-CV-917-WKW |
| v. | ) |
| | ) |
| JEFFERSON DUNN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## JOINT MOTION TO SET A BRIEFING SCHEDULE

Plaintiff Jacob Barefield ("Plaintiff"), and Defendant Josiah Haggins ("Haggins"), hereby respectfully request that the Court enter an order setting deadlines for Plaintiff to respond to Haggins' Motion for Summary Judgment (Doc. 133) and for Haggins to file a reply to Plaintiff's response. Plaintiff and Haggins state in support of this Motion:

1.    On December 6, 2023, Haggins filed an early Motion for Summary Judgment and Memorandum of Law in support seeking to dismiss him from the case (Docs. 133 and 134), which Plaintiff intends to oppose.

2.    Plaintiff and Haggins have agreed that the following briefing schedule will permit them to fully and fairly address the issues raised in Haggins' motion, while promptly completing such briefing over a period that spans the end-of-year holidays.

3.    Plaintiff and Haggins propose that Plaintiff's response to Haggins' Motion

for Summary Judgment be due December 29, 2023 and that Haggins' reply to Plaintiff's response be due January 19, 2024.

Accordingly, Plaintiff and Haggins respectfully request that this Court enter an order granting Plaintiff until December 29, 2023, to file his response to Haggins' Motion for Summary Judgment, and Haggins until January 19, 2024 to file his reply.

Respectfully submitted this 15th day of December 2023,

       /s/ Luke van Houwelingen
Shannon L. Holliday (ASB-5440-Y77S)
COPELAND FRANCO SCREWS & GILL, P.A.
444 South Perry Street
Montgomery, AL 36104
Telephone: (334) 440-2943
holliday@copelandfranco.com

Jeane A. Thomas (admitted *pro hac vice*)
Luke van Houwelingen (admitted *pro hac vice*)
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
jthomas@crowell.com  lvanhouwelingen@crowell.com

Eric Fanchiang (admitted *pro hac vice*)
CROWELL & MORING, LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
efanchiang@crowell.com

*Counsel for Plaintiff Jacob Barefield*

/s/ Steven K. Herndon
Steven K. Herndon (ASB-0093-O74S)
Herndon Law PC
1430 I-85 Parkway, Suite 234
Montgomery, AL 36106
Telephone: (334) 386-3848

Facsimile: (334)386-3852
steve@herndon.law

*Counsel for Defendant Josiah Haggins*

## **CERTIFICATE OF SERVICE**

    I, Luke van Houwelingen, do hereby certify that a true and correct copy of the foregoing has been filed this 15th day of December, 2023 via the Court's CM/ECF NextGen system, which will provide service of the foregoing motion to all counsel of record.

                                          /s/ *Luke van Houwelingen*
                                          Luke van Houwelingen